**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**PATRICIA COLEMAN,**

     **Plaintiff,**

**vs.**                        **Case No. 4:05cv165-WS/WCS**

**FLORIDA STATE HOSPITAL, et al.,**

     **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro so*, initiated a civil rights action which was transferred to this Court from the Middle District of Florida.  Doc. 6.  Ruling was deferred on Plaintiff's *in forma pauperis* motion because it was unknown whether Plaintiff was a "prisoner" as defined by 28 U.S.C. § 1915(h).  Plaintiff was directed to file a response to clarify her status.  Doc. 7.  That order has now been returned to the Court as undeliverable with a notation on the envelope to return to sender as the recipient (Plaintiff) was "discharged."  Doc. 8.

It is Plaintiff's obligation to keep the Clerk's Office apprised of her current address.  This case cannot proceed because Plaintiff's whereabouts are unknown.

Thus, it is recommended that this case be administratively closed.  As Plaintiff was not granted *in forma pauperis* status, her ability to file future cases under 28 U.S.C. § 1915 is unharmed.

In light of the foregoing, it is respectfully **RECOMMENDED** that the Clerk of Court be directed to administratively close this case as Plaintiff has abandoned this litigation.

**IN CHAMBERS** at Tallahassee, Florida, on June 2, 2005.


 s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**



## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**