IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICIA COLEMAN,

        Plaintiff,

v.                                                                      4:05cv165-WS

FLORIDA STATE HOSPITAL, et al.,

        Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed June 2, 2005. The magistrate judge recommends that this case be administratively closed because the plaintiff's whereabouts are unknown. Indeed, the plaintiff's copy of the report and recommendation was returned to the court marked "not deliverable as addressed; unable to forward; discharged." Doc. 10.

Although it is her responsibility to do so, the plaintiff has not provided the court with a current address. Because the plaintiff has failed to prosecute her case, it is ORDERED:

1. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE for failure to prosecute.

2. The clerk shall enter judgment accordingly.

DONE AND ORDERED this June 17, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE